**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Assad Awaijane, et al.,

Plaintiffs,

v.

Andrew Bittell, et al.,

Defendants.

Case No. 23-CV-2892 (MJD/ SGE)

**RULE 68 OFFER OF JUDGMENT TO PLAINTIFF ROBERT AWAIJANE**

---

TO: Plaintiff Robert Awaijane and his attorney Eric A. Rice, 1 W. Water Street, Suite 275, Saint Paul, MN 55107, eric@ricedefense.com.

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants City of Minneapolis, Sundberg, Osbeck, Stetson, Angerhofer, and Klund ("the Offering Defendants") hereby offer to allow Plaintiff Robert Awaijane to take judgment against them on all claims against them in Plaintiffs' Second Amended Complaint, in the amount of Three Hundred and Seventy-Five Thousand Dollars ($375,000.00) plus reasonable attorneys' fees and costs incurred by Plaintiff prior to the date of this offer; that is, with the costs then accrued. The attorneys' fees and costs will be in an amount to be set by the Court.

Acceptance of this offer of judgment against the Offering Defendants will be full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, and extinguish any claim or claims

by Plaintiff against the Offering Defendants and their agents and employees that were brought or could have been brought in Plaintiffs' Complaint, Amended Complaint, or Second Amended Complaint. By accepting this offer of judgment, Plaintiff agrees that the existing claims against the unserved John Doe Defendants, who are or were agents or employees of Defendant City of Minneapolis, will be dismissed with prejudice.

This offer of judgment is not to be construed as an admission that these Defendants or their agents and employees are liable in this action or that Plaintiff has suffered any damages. The Offering Defendants expressly deny the validity of Plaintiffs' claims and expressly deny any liability. This offer is contingent on acceptance by Plaintiff in accordance with Rule 68 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: August 20, 2026 | MINNEAPOLIS CITY ATTORNEY'S OFFICE<br>Kristyn Anderson<br>City Attorney<br>By *s/ J. Haynes Hansen*<br>GREGORY P. SAUTTER (#326446)<br>SARA J. LATHROP (#310232)<br>J. HAYNES HANSEN (#399102)<br>TRACEY N. FUSSY (#311807)<br>Assistant City Attorneys<br>Minneapolis City Attorney's Office<br>350 South Fifth Street, Room 210<br>Minneapolis, MN 55415<br>(612) 673-2010<br>gregory.sautter@minneapolismn.gov<br>sara.lathrop@minneapolismn.gov<br>haynes.hansen@minneapolismn.gov<br>tracey.fussy@minneapolismn.gov<br><br>*Attorneys for Defendants Nathan Sundberg, Kevin Angerhofer, and the City of Minneapolis* |
| Dated: August 20, 2026 | KELLY & LEMMONS, P.A.<br>*s/ Rebecca L. Duren*<br>Rebecca L. Duren (#393624)<br>rduren@kellyandlemmons.com<br>2350 Wycliff Street, #200<br>St. Paul, MN 55114<br>(651) 224-3781<br>F: (651) 223-8019<br>*Attorney for Defendants Michael Osbeck, Justin Stetson, and Tyler Klund* |