**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Assad Awaijane, et al.,

Plaintiffs,

v.

Andrew Bittell, et al.,

Defendants.

Case No. 23-cv-2892 (MJD/SGE)

**PLAINTIFF WAYNE GREEN'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT**

---

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Wayne Green, through undersigned counsel, hereby accepts and provides notice that he has accepted Defendants City of Minneapolis, Sundberg, Osbeck, Stetson, Angerhofer, and Klund's Offer of Judgment to Plaintiff dated August 20, 2026, attached hereto as Exhibit A.

Dated: September 3, 2026

**LAW OFFICE OF ERIC A. RICE, LLC**

By: *s/Eric Rice*
Eric A. Rice, ID: 0388861
1 W. Water St., Ste. 275
St. Paul, MN 55107
Phone: (651) 998-9660
Fax: (651) 344-0763
Email: eric@ricedefense.com

ATTORNEY FOR PLAINTIFF